# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MELVIN AMODEO,                         : No. 35 WAP 2016
                                       :
    Appellant           : Appeal from the Order of the
                                       : Commonwealth Court dated November 1,
                                       : 2016 at No. 572 MD 2016.
    v.                  :
                                       :
                                       :
PENNSYLVANIA DEPARTMENT OF             :
CORRECTIONS,                           :
                                       :
    Appellee            :

## *ORDER*

**PER CURIAM**

AND NOW, this 19th day of July, 2017, the Order of the Commonwealth Court is hereby AFFIRMED.